

**EXHIBIT A**

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC09548 | |
|---|---|---|
| Plaintiff/Petitioner:<br>SARAH BROCK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SCOTT LEE KOLKER<br>7700 BONHOMME AVE<br>STE 350<br>CLAYTON, MO 63105 | |
| Defendant/Respondent:<br>GEICO CASUALTY COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** GEICO CASUALTY COMPANY
Alias:

CHLORA LINDLEY-MYERS
DIRECTOR OF INSURANCE
301 W HIGH STREET #530
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

**CITY OF ST LOUIS**

COLE COUNTY, MO

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**August 20, 2020**
_____            _Thomas Kloeppinger_____
          Date                                          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____      _____
                                      Date                              Notary Public

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                                 $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $____10.00_____
Mileage                                 $_____ (_____ miles @ $._____ per mile)
**Total**                                  $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - August 20, 2020 - 11:28 AM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| Sarah Brock, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Geico Casualty Company, )<br>)<br>SERVE: Chlora Lindley-Myers )<br>Director of Insurance )<br>301 W. High Street, #530 )<br>Jefferson City, Missouri  65101 )<br>)<br>Defendant. ) | Cause No.<br><br>PERSONAL INJURY<br>JURY TRIAL DEMANDED |

## **MEMORANDUM FOR CLERK**

Enclosed please find, for filing on behalf of Plaintiff:

1. Filing Fee and Sheriff Fee - $184.50
3. Plaintiff's Petition

SUMMONS ORDERED TO ISSUE for service upon defendant.

Geico Casualty Company
SERVE: Chlora Lindley-Myers
Director of Insurance
301 W. High Street, #530
Jefferson City, Missouri  65101

PLAINTIFF REQUEST THAT SUMMONS BE RETURNED TO PLAINTIFF'S ATTORNEY FOR FORWARDING TO THE SHERIFF OF COLE COUNTY FOR SERVICE UPON DEFENDANT.

Respectfully submitted,

KOLKER & LABOVITZ

By: *[signature]*
SCOTT L. KOLKER, #44161
7700 Bonhomme Avenue, Suite 350
Clayton, Missouri  63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
Attorney for Plaintiff

{494894 / 110056}4

**2022-CC09548**

Electronically Filed - City of St. Louis - August 20, 2020 - 11:28 AM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| Sarah Brock, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>Geico Casualty Company, )<br>)<br>SERVE: Chlora Lindley-Myers )<br>   Director of Insurance )<br>   301 W. High Street, #530 )<br>   Jefferson City, Missouri 65101 )<br>)<br>   Defendant. ) | Cause No.<br><br>PERSONAL INJURY<br>JURY TRIAL DEMANDED |

## **PETITION**

Comes Now Plaintiff Sarah Brock, by and through her attorneys, Scott L. Kolker and Kolker & Labovitz, for her claim against Defendant, states as follows:

1. At all times pertinent herein, Interstate 70 near Adams Dairy Parkway, was an open and public street and highway.

2. On or about July 16, 2019, Plaintiff Sarah Brock was operating her vehicle on Interstate 70, at or near its intersection with the Adams Dairy Parkway, when her vehicle was negligently and violently forced off the roadway by a driver of a tractor trailer.

3. The driver of the tractor trailer was negligent and failed to exercise the highest degree of care in one or more of the following respects:

   a. The driver of the tractor trailer drove at an excessive speed;

   b. The driver of the tractor trailer knew or, by the use of the highest degree of care, could have known that there was a reasonable likelihood of collision in time thereafter to have stopped, or swerved, or slackened speed, or sounded a warning, or slackened speed and swerved, or slackened speed and sounded a warning, or swerved and sounded a warning, but the tractor trailer failed to do so;

   c. The driver of the tractor trailer failed to keep a careful lookout;

Electronically Filed - City of St. Louis - August 20, 2020 - 11:28 AM

       d.      The driver of the tractor trailer failed to yield the right of way to Plaintiff.

4.     Such negligence of the tractor trailer drive, in one or more of the respects submitted above, directly caused or directly contributed to cause Plaintiff Sarah Brock to sustain injuries to her left arm and wrist, neck and back; medical and other health care related expenses have been incurred in connection with said injuries and Plaintiff will in the future incur additional medical care and services; all of the aforesaid injuries are permanent and progressive and greatly interfere with Plaintiff Sarah Brock's ability to enjoy life; she has and will continue to suffer pain and discomfort.

5.     On or July 16, 2019, at the time of the collision which is the basis of this lawsuit, a policy or policies of insurance were issued by Defendant bearing policy number 4369-19-36-04 which covered Plaintiff Sarah Brock and was in full force and effect. The policy of insurance provided uninsured vehicle coverage for an insured, including Plaintiff, who sustain injury caused by an accident arising out of the use of an uninsured motor vehicle.

6.     The driver of the tractor trailer did not stop and was not located and, therefore, at the time of said collision, was operating an uninsured motor vehicle as defined by the aforementioned insurance policy.

7.     Under the provisions of the aforementioned policy, Defendant agreed to pay all sums which the occupant of an insured vehicle might be legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury, sickness or disease sustained by the occupant of the insured vehicle caused by accident and arising out of the ownership, maintenance or use of such uninsured vehicle.

8. All conditions precedent to the obligation of Defendant to pay its obligation under said contract of insurance have been met or satisfied. Plaintiff complied with the terms and conditions of said insurance policy.

9. Plaintiff Sarah Brock is entitled to additional damages pursuant to Mo.Rev. Stat. §375.420 in that:

    a. Plaintiff had a policy of insurance with Defendant;

    b. Defendant refused to pay Plaintiff her damages under said policy; and

    c. Such refusal was without reasonable cause or excuse.

WHEREFORE, Plaintiff Sarah Brock prays judgment against Defendant for such sums as are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, together with additional statutory damages and for such other relief as may be appropriate under the circumstances.

Respectfully submitted,

KOLKER & LABOVITZ

By: /s/ Scott L. Kolker
SCOTT L. KOLKER, #44161
7700 Bonhomme Avenue, Suite 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile

Attorney for Plaintiff